## SPERO v. UNITED STATES.

(Circuit Court, S. D. New York. December 16, 1904.)

### No. 3,494.

CUSTOMS DUTIES—CLASSIFICATION—CRUDE ORNAMENTAL FEATHERS—CONDOR AND EAGLE QUILLS.

*Held*, that certain eagle and condor quills, which are ornamental feathers, but are in a crude state, and require further treatment before becoming suitable for ornamental purposes, are dutiable as crude feathers, and not as ornamental feathers, under paragraph 425, Tariff Act July 24, 1897, c. 11, § 1, Schedule N, 30 Stat. 191 [U. S. Comp. St. 1901, p. 1675].

On Application for Review of a Decision of the Board of United States General Appraisers.

The decision in question (G. A. 5,540, T. D. 24,910) affirmed the assessment of duty by the collector of customs at the port of New York on merchandise imported by David Spero.

This case relates to certain feathers imported into the port of New York by David Spero, consisting of crude eagle and condor quills, which are ornamental in character, but require to be cleaned, dressed, etc., before being suitable for ornamental purposes. They were classified as ornamental feathers, under paragraph 425, Tariff Act July 24, 1897, c. 11, § 1, Schedule N, 30 Stat. 191 [U. S. Comp. St. 1901, p. 1675], and were claimed by the importer to be dutiable as crude feathers, under the same paragraph. This contention was overruled by the Board of General Appraisers. G. A. 5,540, T. D. 24,910.

Frederick W. Brooks, for importers.
Charles Duane Baker, Asst. U. S. Atty.

PLATT, District Judge. The same principles are applicable to this case as those set forth in my opinion filed on this date in the case of H. W. Brodie v. United States (suit No. 3,726) 135 Fed. 914.

The decision of the Board of General Appraisers herein is accordingly reversed.